ELIZABETH C. HARRISON, Respondent, v. FRANK PAUL HARRISON, Appellant.—

Order modified by reducing the amount ordered to be paid to the plaintiff as alimony to the sum of $35 per week, and by reducing the counsel fee to the sum of $250; and as so modified affirmed, without costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.